**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MONTRELL DESHAWN GREEN,**
      **Plaintiff,**

**vs.**                        **Case No.: 3:09cv416/LC/MD**

**A. P. BEASLEY, et al.,**
      **Defendants.**

---

**REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. On November 9, 2009, plaintiff filed an amended civil rights complaint asserting damages claims against the defendants for their alleged violation of his Fourteenth Amendment rights in relation to plaintiff's retention on close management status. (Doc. 5). Plaintiff has now filed a notice of voluntary dismissal of his claims. (Doc. 9). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida, this 30th day of November, 2009.


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**