### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**MONTRELL DESHAWN GREEN,**
     **Plaintiff,**

**vs.**                      **CASE NO.: 3:09cv416/LAC/MD**

**A.P. BEASLEY, et al.,**
     **Defendants.**

_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 30, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED without prejudice and the clerk is directed to close the file.

DONE AND ORDERED this 5th day of January, 2010.

*s/L.A. Collier*_____

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**